UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-m-203

FILED
OCT 21 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL INFORMATION |
| | ) |
| KATHRYN L. COLLINS | ) |

The United States Attorney charges that:

### Count One

On or about August 21, 2005, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, KATHRYN L. COLLINS, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance, and with an alcohol concentration level of .08 or greater at a relevant time after driving, to wit: .24 alcohol concentration level, all in violation of North Carolina General Statute, Section 20-138.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

### Count Two

On or about August 21, 2005, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, KATHRYN L. COLLINS, did knowingly and unlawfully drive a motor vehicle on a street, highway, or public vehicular area without due caution and circumspection in a manner and at a

speed that did or could endanger other persons and property, to wit: by traveling south on Holcomb Boulevard, without any driving lights, during nighttime, at a high rate of speed, executing a u-turn and traveling north on Holcomb Boulevard, then exiting the roadway and driving into the center grass median on Holcomb Boulevard, traveling north in the grass median at approximately 50 MPH for approximately ½ mile, in violation of North Carolina General Statute, Section 20-140(b), as assimilated by the provisions of Title 18, United States Code, Section 13.

### Count Three

On or about August 21, 2005, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, KATHRYN L. COLLILNS, did, while alcohol remained in her body, drive a motor vehicle upon a highway with an open container of alcoholic beverage in the passenger area of the motor vehicle, in violation of North Carolina General Statute, Section 20-138.7, as assimilated by the provisions of Title 18, United States Code, Section 13.

FRANK D. WHITNEY
United States Attorney

By: *[signature]*
FREDERICK A. CONGDON
Special Assistant U.S. Attorney
Criminal Division