IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-M-203

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KATHRYN L. COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the unopposed motion of the defendant to continue the arraignment of the defendant. For good cause shown, it is hereby **ORDERED** that the defendant's arraignment shall be continued to August 9, 2006 in Wilmington, North Carolina.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(8)(A).

This 12th day of June 2006.

DAVID W. DANIEL
United States Magistrate Judge