UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-MJ-203-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MOTION TO DISMISS |
| | : | |
| KATHRYN COLLINS | : | |

NOW COMES, the Defendant, KATHRYN COLLINS, by and through her

undersigned Counsel, moving this Court for an order dismissing all of the charges against

her on the grounds that the prosecution of said charges violates her rights under the Fifth

Amendment of the United States Constitution.


In furtherance of this motion, counsel for the Defendant submits the attached

Affidavits, Exhibits, and Memorandum of Law.


Respectfully submitted, this the _10__ day of ___November___, 2006.

                              **Anderson & Anderson Attorneys, L.L.P**

BY: _____

                              A. Griffin Anderson
                              NC State Bar No. 22982
                              21 N. Front St., Suite 204
                              Wilmington, NC 28401
                              Phone 910.815.0555
                              Fax 910.763.6600

# INCIDENT REPORT

| | |
|---|---|
| INCIDENT NUMBER 05310 ?805 | REPORT TYPE: ☑ INITIAL □ SUPPLEMENTAL |

*01* ... 2005

**PRIVACY ACT STATEMENT**

AUTHORITY: 10 U.S.C. 8013; 44 U.S.C. 3103; and EO 9397

PRINCIPAL PURPOSE: Used to record information and details of criminal activity which may require investigative action by commanding officers, supervisors, security police, NCIS special agents, etc. Used to provide information to the appropriate individuals within DoD organizations who ensure that proper legal and administrative action is taken.

ROUTINE USES: Information may be disclosed to local, county, state and federal law enforcement or investigatory authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.

DISCLOSURE IS VOLUNTARY: SSN is used to positively identify the individual making the statement and as a conduit to check past criminal records.

SECTIONS OR BLOCKS THAT DO NOT APPLY TO A REPORTED OFFENSE SHOULD BE LEFT BLANK

## SECTION I. ADMINISTRATIVE

| DATE REC'D (YYYYMMDD) | TIME REC'D (24 Hour) | INCIDENT RECEIVED: |
|---|---|---|
| 20050821 | 0022 | ☑ In Person  □ By Telephone  □ By Radio<br>□ By Alarm  □ By Crime Stop Call/911  □ Other: |

## SECTION II. COMPLAINANT (If not Victim/Witness) (Use "Complainant/Witness/Sponsor" Addendum sheet for additional Complainants)

| LAST NAME (Include Jr./Sr./II/III/etc.) | FIRST | MIDDLE | SSN/ALIEN REG. #: | GRADE/RANK |
|---|---|---|---|---|
| | | | | |

BRANCH OF SERVICE: □ ARMY □ NAVY □ AIR FORCE □ MARINE CORPS □ COAST GUARD □ OTHER:_____

STATUS: □ REG. (ACTIVE) □ RESERVE □ RETIRED □ NATIONAL GUARD □ FAM, MEM. □ CIVILIAN EMP. □ CIVILIAN (NO GOV. AFF.) □ OTHER:_____

| DUTY STATION/EMPLOYER (INCLUDE DEPARTMENT/COMMAND/DIVISION/UNIT, ETC.) | | UIC/RUC | WORK TELEPHONE |
|---|---|---|---|
| | | | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

## SECTION III. OFFENSE (Use "Offense" Addendum for additional Offenses)

| DATE(S) OF INCIDENT (YYYYMMDD) | TIME(S) OF INCIDENT: (24Hour) | OFFENSE STATUS: (Check Only One Per Offense) |
|---|---|---|
| From: 20050821  To: | From: 0022  To: | 1. □ ATTEMPTED ☑ COMPLETED  2. □ ATTEMPTED □ COMPLETED  3. □ ATTEMPTED □ COMPLETED |

### OFFENSE DATA

| No. | STATUTORY BASIS (SEE CODE BELOW) | OFFENSE DESCRIPTION | LOCATION/ADDRESS | ON BOARD MILITARY INSTALLATION (YES/NO) |
|---|---|---|---|---|
| 1. | S | Impaired Driving (0.24 % BAC) (NCGS 20-138.1) | Holcomb Boulevard adjacent Main Gate, Camp Lejeune, NC | Yes |
| 2. | S | Reckless Driving (NCGS 20-140) | | Yes |
| 3. | S | Transporting an Open Container of Alcoholic Beverage (NCGS 20-138.7) | | Yes |
| 4. | S | Speeding to Elude Arrest (NCGS 20-141.5) | | Yes |

**STATUTORY BASIS CODES**
(U) UCMJ(F) FEDERAL
(S) STATE(L) LOCAL
(X) FOREIGN

WEATHER CONDITIONS:
☑ Clear □ Cloudy □ Rain □ Foggy
□ Ice □ Snow □ Unknown □ Other:_____

LIGHTING:
□ Daylight □ Dark (Lighted)
□ Dusk ☑ Dark (Not Lighted)
□ Dawn □ Unknown

| OFFENDER USED | TYPE WEAPON/FORCE USED (MAX 3) (Enter in box an "A" if fully automatic weapon; "M" if manual; "S" ifn semi-automatic) | | | |
|---|---|---|---|---|
| **A** Alcohol | Firearm (Not Listed) | Knife/Cutting Tool | Poison | Asphyxiation |
| Drugs/Narcotics | Handgun | Blunt Object | Explosives | Unknown |
| Computer Equipment | Rifle | **M** Motor Vehicle | Fire/Incendiary | None |
| Not applicable | Shotgun | Bodily Force (Hands/Feet) | Narcotic/Drug | Other (Specify) |

LOCATION OF OFFENSE (Enter 1, 2, or 3 if multiple offenses occurred at different locations) ☑ U.S. & Possessions □ Outside U.S. & Possessions

| | | | |
|---|---|---|---|
| Exchange/Dept/Discount Store | Air/Bus/Train Terminal | Rental Storage Facility | Dinning Facility/Restaurant |
| School(Elem,High)/Coolege | Training/Service School | Lake/Waterway/Ocean | Bank/Credit Union |
| NCO Club/Officer Club/Bar | Training Area/Field/Woods | Construction Site | Service/Gas Station |
| Government/Public Building | **H** Highway/Road/Alley/Sidewalk | Hospital/Clinic | On Board Ship |
| BOQ/BAQ/Lodge/Hotel | Commissary/Grocery Store | Child Care Facility | On Board Aircraft |
| Package/Liquor Store | Chapel/Church/Synagogue | Specialty Store/Concessionaire | Other (Specify) |
| Shoppette/Convenience Store | Commercial/Office Building | Quarters/Barracks/Residence/Berthing | Unknown |
| Corrections Facility/Jail/Prison | Recreation Area/Park | Motor Pool/Parking Lot/Garage | |

### TYPE OF CRIMINAL ACTIVITY (If larceny, forgery, pornography, drugs or weapons violation) (MAX 3)

| | | |
|---|---|---|
| Buying/Receiving | Operating/Promoting/Assisting | Destruction/Vandalism |
| Cultivating/Manufacturing/Publishing | Possessing/Concealing | Harassment/Stalking |
| Distributing/Selling | Transporting/Transmitting/Importing | Other (Specify) |
| Exploiting Children | Using/Consuming | |

*EXHIBIT 1*     Case 7:05-mj-00203-SES   Document 8   Filed 11/10/06   Page 2 of 34

## VEHICLE DESCRIPT | BURGLARY/B & E ONL' ☐ Force ☐ No Force ☐ # of Premises Entered

| VEH STATUS | | | |
|---|---|---|---|
| ■ Suspect ☐ Stolen | YEAR **1999** | MAKE **Toyota** | MODEL **4-Runner** |
| ☐ Recovered ☐ Target | | | |

**STYLE**
☐ Sedan (2DR/4DR) ☐ Motorcycle ☐ Van
☐ Pickup ☐ R/V / Camper ☐ Boat
☐ Tractor Trailer ☐ Other: SUV

| COLOR **Silver** | LICENSE PLATE # **SVH 1672** | STATE **NC** |
|---|---|---|

VIN **JT3GN86R2X0101656**

OWNER NAME **Collins, Kathryn Leigh**

OTHER IDENTIFYING MARKS

### METHOD OF ENTRY
☐ Door Knob Twist ☐ Remain On Premise
☐ Door Kicked in ☐ Tunneled
☐ Door Open/Unlocked ☐ Screen Cut
☐ Door Pried ☐ Screen Pried
☐ Door Other ☐ Screen Removed
☐ Delivery ☐ Screen Other
☐ Garage ☐ Window Broken
☐ Bodily Force ☐ Window Cut
☐ Sliding Door ☐ Window
☐ Door Type Other ☐ Window Pried Open
☐ Lock Cut/Removed ☐ Window Removed
☐ Lock Forced/Broken ☐ Window Other
☐ Lock Forced (Hasp) ☐ Cut Hole in Wall
☐ Lock Pried ☐ Unknown
☐ Lock Other ☐ Other:_____

### CONDITION OF PREMISE
☐ Door Knob Twist
☐ Door Kicked In
☐ Door Open/Unlocked
☐ Door Pried

#### TOOLS USED
☐ Door Knob Twist ☐ Door Knob Twist
☐ Door Kicked In ☐ Door Kicked In
☐ Door en/Unlocked ☐ Door en/Unlocked
☐ Door Knob Twist ☐ Door Knob Twist
☐ Door Kicked In ☐ Door Kicked In
☐ Door en/Unlocked ☐ Door Knob Twist
☐ Door en/Unlocked ☐ Door Kicked In

## BIAS MOTIVATION (X) (All Hate/Bias Motivated Offenses Must be Reported to NCIS)

| | | | |
|---|---|---|---|
| None | Anti-Alaskan Native | Anti-Catholic | Anti-Agnostic |
| Anti-White | Anti-Asian | Anti-Islamic (Moslem) | Anti-Homosexual |
| Anti-Black | Anti-Pacific Islander | Anti-Protestant | Anti-Male Homosexual |
| Anti-Arab | Anti-Other Ethnicity/Origin | Anti-Multi-Religious Group | Anti-Female Homosexual |
| Anti-Hispanic | Anti-Multi-Racial Group | Anti-Other Religion | Anti-Heterosexual |
| Anti-American Indian | Anti-Jewish | Anti-Atheism | Anti-Bisexual |

## SECTION IV. PROPERTY (Use "Property" Addendum Sheet for additional Property)

| CODE (a) | TYPE (b) | QTY | DESCRIPTION | MAKE/MODEL | SIZE | SERIAL # | COLOR | VALUE | S/U (c) | OWNER (d) | DISP. (e) | DATE RECOVERED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

### a. PROPERTY DESCRIPTION CODE

01- Aircraft
02- Alcohol
03- Automobile
04- Bicycle
05- Bus
06- Clothes/Furs
07- Computer Hard/Software
08- Consumable Goods
09- Credit/Debit Cards
10- Drugs/Narcotics
11- Drug/Narcotic Equipment
12- Farm Equipment
13- Firearms
14- Gambling Equipment
15- Heavy Construction Equipment
16- Household Goods
17- Jewelry/Presious Metals
18- Livestock
19- Merchandise
20- Money
21- Negotiable Instruments
22- Nonnegotiable Instruments
23- Office-Type Equipment
24- Other Motor Vehicles
25- Purse/Handbag/Wallet
26- Radio/TV/VCR
27- Recording - Audio/Visual
28- Recreational Vehicle
29- Structures - Single Occupancy
30- Structures - Other Dwellings
31- Structures - Comercial/Business
32- Structures - Industrial/Manufacturing
33- Structures - Public/Commercial
34- Structures - Storage
35- Structures - Other
36- Tools - Power/Hand
37- Trucks
38- Vehicle Parts/Accessories
39- Watercraft
77- Other (Specify)
88- Pending Inventory
99- Special Category

### b. TYPE PROPERTY LOSS/ETC. CODE
(1) None (4) Damaged/Destroy (7) Stolen
(2) Burned (5) Recovered (8) Unknown
(3) Counterfeited/Forged (6) Seized/Impounded (9) Lost&Found

### c. S/U CODE
(S) Secure
(U) Unsecure

### d. OWNERSHIP CODE
(A) Federal Gov. (D) County Gov.
(B) State Gov. (E) Foreign Gov.
(C) City Gov. (F) Private/Personal

### e. DISPOSITION OF PROPERTY CODE
(E) Evidence (R) Returned To Owner
(S) Safekeeping (O) Other (Specify)

## SUSPECTED DRUG INVOLVEMENT

| DRUG TYPE (f) | EST. QUANTITY | MEASUREMENT (g) |
|---|---|---|
| | | |
| | | |

### f. DRUG TYPE
(A) "CRACK" Cocaine (G) Opium (M) Other Stimulants
(B) Cocaine (H) Other Narcotics (N) Barbituates
(C) Hashish (I) LSD (O) Other Depressants
(D) Heroin (J) PCP (P) Other Drugs
(E) Marijuana (K) Other Hallucinogens (U) Unknown Drug
(F) Morphine (L) Amphetamines (X) Over 3 Drug Types

### g. TYPE DRUG MEASUREMENT
**WEIGHT**
(GN) Gram
(KG) Kilogram
(OZ) Ounce
(LB) Pound

**CAPACITY**
(ML) Milliliter
(LT) Liter
(FO) Fluid Ounce
(GL) Gallon

**UNITS**
(DU) Dosage Unit (Pills, etc.)
(NP) Number of Plants

## SECTION V. VICTIM (Use "Victim Addendum sheet if more than one Victim)

| | VICTIM # | DD2701 ISSUED | VICTIM RELATED TO OFFENSE # ○1 ○2 ○3 ○4 ○5 ○6 ○7 ○8 ○9 ○10 |
|---|---|---|---|
| | | YES | NO | VICTIM RELATED TO SUSPECT # ○1 ○2 ○3 ○4 ○5 ○6 ○7 ○8 ○9 ○10 |

| LAST NAME (Include Jr./Sr./II/III/etc.) | FIRST | MIDDLE | SSN/ALIEN REG. #: | GRADE/RANK |
|---|---|---|---|---|

BRANCH OF SERVICE:
☐ ARMY ☐ NAVY ☐ AIR FORCE
☐ MARINE CORPS ☐ COAST GUARD ☐ OTHER:

STATUS:
☐ REG. (ACTIVE) ☐ RESERVE ☐ RETIRED ☐ NATIONAL GUARD
☐ FAM, MEM, ☐ CIVILIAN EMP. ☐ CIVILIAN (NO GOV. AFF.) ☐ OTHER:___

| DUTY STATION/EMPLOYER (INCLUDE DEPARTMENT/COMMAND/DIVISION/UNIT, ETC.) | UIC/RUC | WORK TELEPHONE |
|---|---|---|

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

| DOB | SEX | RACE | ETHNICITY | RESIDENT STATUS |
|---|---|---|---|---|
| | Male | White | Asian | Hispanic | Resident |
| POB | Female | Black | Unknown | Non-Hispanic | Nonresident |
| | Unknown | American Indian | | Unknown | Unknown |

OPNAV 5527.1 DEC 97　　　　PREVIOUS EDITION IS OBSOLETE.　　　　PAGE 2 OF 5 PAGES

## SECTION V. VICTIM (Cont.)

| TYPE OF VICTIM | | | | INJURY TYPE (Max 5) | |
|---|---|---|---|---|---|
| ☐ Individual | ☐ Religious Org'n | AGGRAVATED ASSAULT CIRCUMSTANCES (Max2) | | | |
| ☐ Individual | ☐ Religious Org'n | ☐ Argument | ☐ Assault on LE Officer | ☐ None | ☐ Minor Injury |
| ☐ Business | ☐ Society/Public | ☐ Drug Dealing | ☐ Other Felony Involved | ☐ Broken Bones | ☐ Major Injury |
| ☐ Financial Institution | ☐ Other | ☐ Gangland | ☐ Other Circumstances | ☐ Poss. Int. Injuries | ☐ Loss of Teeth |
| ☐ Government | ☐ Unknown | ☐ Juvenile Gang | ☐ Unknown | ☐ Severe | ☐ Unconsciousness |
| ☐ Law Enforcement | | ☐ Lovers' Quarrel/Domestic | | | |

### RELATIONSHIP OF VICTIM TO SUSPECT (For multiple suspect's relationships, enter suspect's number in block)

| | | | | |
|---|---|---|---|---|
| ☐ Spouse | ☐ Grandparent | ☐ Stepsibling | ☐ Babysittee (Baby) | ☐ Employee |
| ☐ Com-Law Spouse | ☐ Grandchild | ☐ Other Family | ☐ Boy/Girl Friend | ☐ Employer |
| ☐ Parent | ☐ In-Law | ☐ Acquaintance | ☐ Child of "B/G" Friend | ☐ Otherwise Known |
| ☐ Sibling | ☐ Stepparent | ☐ Friend | ☐ Homosexual Rel. | ☐ Relationship Unknown |
| ☐ Child | ☐ Stepchild | ☐ Neighbor | ☐ Ex-Spouse | ☐ Stranger |

## SECTION VI. WITNESS/SPONSOR (Use "Complainant/Witness/Sponsor" Addendum Sheet if more than one)

| TYPE/SEQUENCE # | | DD2701 ISSUED | |
|---|---|---|---|
| ☐ WITNESS #   ☐ SPONSOR # | | YES | NO |

LAST NAME (Include Jr./Sr./II/III/etc.) | FIRST | MIDDLE | SSN/ALIEN REG. #: | GRADE/RANK

BRANCH OF SERVICE:
☐ MARINE CORPS   ☐ ARMY   ☐ NAVY   ☐ AIR FORCE
☐ COAST GUARD   ☐ OTHER:_____

STATUS:
☐ FAM. MEM,   ☐ REG. (ACTIVE)   ☐ RESERVE   ☐ RETIRED   ☐ NATIONAL GUARD
☐ CIVILIAN EMP.   ☐ CIVILIAN (NO GOV. AFF.)   ☐ OTHER:_____

DUTY STATION/EMPLOYER (INCLUDE DEPARTMENT/COMMAND/DIVISION/UNIT, ETC.) | UIC/RUC | WORK TELEPHONE

ADDRESS | CITY | STATE | ZIP CODE

## SECTION VII SUSPECT/ARRESTEE (Use "Suspect/Arrestee" Addendum Sheet is more than one Suspect/Arrestee)

| TYPE/SEQUENCE # | SUSPECT RELATED TO OFFENSE # | INVOLVEMENT | |
|---|---|---|---|
| ■ SUSPECT #  1    ☐ ARRESTEE # | ●1 ○2 ○3 ○4 ○5 ○6 ○7 ○8 ○9 ○10 | ■ PRINCIPAL   ☐ ACCESSORY | ☐ CONSPIRATOR   ☐ SOLICITOR |

| LAST NAME (Include Jr./Sr./II/III/etc.) | FIRST | MIDDLE | SSN/ALIEN REG. #: | GRADE/RANK |
|---|---|---|---|---|
| Collins | Kathryn | Leigh | 241511370 | Civ |

BRANCH OF SERVICE:
☐ MARINE CORPS   ☐ ARMY   ☐ NAVY   ☐ AIR FORCE
☐ COAST GUARD   ☐ OTHER:_____

STATUS:
☐ FAM. MEM,   ☐ REG. (ACTIVE)   ☐ RESERVE   ☐ RETIRED   ☐ NATIONAL GUARD
☐ CIVILIAN EMP.   ■ CIVILIAN (NO GOV. AFF.)   ☐ OTHER:_____

DUTY STATION/EMPLOYER (INCLUDE DEPARTMENT/COMMAND/DIVISION/UNIT, ETC.)
N/A | UIC/RUC N/A | WORK TELEPHONE N/A

| ADDRESS | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 3133 Brunswick Avenue | (910) 546-0589 | New Bern | NC | 28562 |

| HAIR COLOR | EYE COLOR | HIEGHT | WEIGHT | DOB | POB |
|---|---|---|---|---|---|
| Brown | Blue | 68" | 160 | 20Nov79  11/20/979 | Onslow County, NC |

| ALIAS | SEX | RACE | ETHNICITY | RESIDENT STATUS |
|---|---|---|---|---|
| None | ☐ Male | ☐ White  W | ☐ Asian | ☐ Hispanic  R | ☐ Resident |
|  | F Female | ☐ Black | ☐ Unknown | ☐ ...ic | ☐ Nonresident |
|  | ☐ Unknown | ☐ American Indian | | | ☐ Unknown |

### DESCRIPTI...

SWAIN
Kathryn

| HAIR (Max.2) | HAIR STYLE (Max. 3) | FACIAL HAIR (Max. 3) | COMPLEXION (Max. 2) | APPEARANCE (Max. 3) | ID... | | ...EECH (Max. 2) | DEMEANOR (Max. 3) |
|---|---|---|---|---|---|---|---|---|
| ☐ Unknown | ☐ Unknown | ☐ Unknown | ☐ Unknown | ☐ Unknown | ☐ Unk... | | ...own | ☐ Unknown |
| ☐ Bald | ☐ Afro | ☐ Clean | ☐ Light | ☐ Dirty | ☐ Tatt... | | ...t | ☐ Angry |
| ☐ Receding | ☐ Braided | ☐ Medium | ☐ Medium | ☐ Disguised | ☐ Scar | | | ☐ Apologetic |
| ☐ Short | ☐ Bushy | ☐ Mustache | ☐ Dark | ☐ Flashy | ☐ Mark | | ...isp | ☐ Calm |
| ■ Collar | ☐ Crewcut | ☐ Goatee | ☐ Freckled | ☐ Military | Locat... | | ☐ Loud | ☐ Disordered |
| ☐ Long | ☐ Greasy | ☐ Lower Lip | ☐ Tanned | ☐ Unkempt | ☐ Eye (L... | | ☐ Mumbles | ☐ Irrational |
| ☐ Course | ☐ Recruit | ☐ Beard | ☐ Acne | ☐ Odorous | ☐ Face | | ☐ Quiet | ☐ Nervous |
| ☐ Fine | ☐ Ponytail | ☐ Sideburns | ☐ Pocked | ☐ Neat | ☐ Scalp | | ■ Rapid | ☐ Polite |
| ■ Thick | ☐ Processed | ☐ Unshaven | ☐ Ruddy | ☐ Cap/Hat | ☐ Teeth | | ☐ Slow | ☐ Competent |
| ☐ Thinning | ■ Straight | ☐ Other: | ☐ Clear | ☐ Sunglasses | ☐ Hand (left/Right) | ☐ Ragged Attire | ☐ Stutters | ☐ Stupor |
| ☐ Wiry | ☐ Curly | | ☐ Other: | ☐ Glasses | ☐ Foot (Left/Right) | ☐ Athletic Attire | ☐ Other: | ☐ Violent |
| ☐ Other: | ☐ Wig | BUILD (Max. 1) | | ☐ Gloves | ☐ Leg (Left/Right) | ☐ Business Attire | | ☐ Obscene |
| | ☐ Part L/R | ☐ Unknown | | ☐ Mask | ☐ Shoulder (L/R) | ☐ Navy Uniform | HANDS (Max. 1) | ☐ Talkative |
| | ☐ Dreadlocks | ☐ Thin | | ☐ Other: | ☐ Hip (Left/Right) | ☐ AF Uniform | ☐ Unknown | ☐ Other: |
| | ☐ Cornrow | ■ Medium | | | ☐ Stomach | ☐ Army Uniform | ■ Right Handed | |
| | ☐ Other: | ☐ Heavy | | | ☐ Chest | ☐ Marine Uniform | ☐ Left Handed | |
| | | ☐ Muscular | | | ☐ Back | ☐ CG Uniform | ☐ Ambidextrous | |
| | | | | | ☐ Neck | ☐ Police Uniform | | |
| | | | | | ☐ Buttocks | ☐ No Attire (Naked) | | |
| | | | | | ☐ Other: | ■ Casual Attire | | |
| | | | | | | ☐ Other: | | |
| | | | | | | ☐ western Attire | | |

## SECTION VII. SUSPECT/ARRESTEE (Cont.)

<table>
<tr><td rowspan="7">ARRESTEE ONLY</td><td colspan="2">TYPE OF ARREST</td><td colspan="2">MUI</td><td colspan="2">E CLEARANCE</td><td colspan="3">ARRESTEE WAS ARMED V</td><td>(X up to Two)</td><td rowspan="2">DISPOSITION OF JUVENILE</td></tr>
<tr><td colspan="2">☐ On-View</td><td></td><td></td><td></td><td></td><td>☐ Unarmed</td><td colspan="2">☐ Lethal Cutting Instrument</td><td></td></tr>
<tr><td colspan="2">☐ Summons/Cited</td><td></td><td>☐</td><td colspan="2">Multiple</td><td>☐ Handgun</td><td colspan="2">☐ Club/Blackjack/Brass Knuckles</td><td></td><td>☐ Handled within Department</td></tr>
<tr><td colspan="2">☐ Taken into Custody</td><td></td><td>☐</td><td colspan="2">Count Arrest</td><td>☐ Rifle</td><td colspan="2">☐ Other (Specify)</td><td></td><td rowspan="2">☒ Referred to other Authority</td></tr>
<tr><td colspan="2" rowspan="2">DATE ARRESTED:</td><td></td><td>☐</td><td colspan="2">Not Applicable</td><td>☐ Shotgun</td><td colspan="2"></td><td></td></tr>
</table>

## SECTION VIII. ADDITIONAL POLICE OFFICERS (Use Narrative Section, for additional Police Officers) (Other than Reporting Official)

| 1. LAST | FIRST | MI | 2. LAST | FIRST | MI |
|---|---|---|---|---|---|
| Hollis | William |  | Guy | Adam | D |
| GRADE/RANK | DUTY STATION/EMPLOYER | SSN LAST 4 | GRADE/RANK | DUTY STATION/EMPLOYER | SSN LAST 4 |
| E-6/SSgt | PMO/Third Platoon | 7138 | E-5/Sgt | PMO/Third Platoon | 1577 |

## SECTION IX. NARRATIVE *(WHO, WHAT, WHERE, WHY, HOW)* (Use "Narrative Addendum sheet if more space is Needed)

At 0022, 21Aug05, while standing as Camp Lejeune Main Gate Sentry, MP Sgt GUY was approached by an unidentified motorist driving a red Chevrolet pick-up truck, that a silver in color, 1999 Toyota 4-Runner, with NC State Registration #SVC 1672, which was stopped behind him in the traffic lane, had been driving erratically and without driving lights on NC Highway 24 and the Camp Lejeune Main Gate Access Road (Holcomb Boulevard.) As the unidentified driver was authorized access to the base, and began pulling forward, the Toyota 4-Runner traveled through the traffic lane without stopping, as if to gain access to the base illegally. The driver of the red pick-up truck observed this and stopped in the traffic lane, allowing MP Sgt GUY to make contact with COLLINS. Upon contact with COLLINS, MP Sgt GUY detected the strong odor of an alcholic beverage emitting from COLLINS' breath. COLLINS pulled over to the right side of the road, but did not enter the Visitor's Center Parking Lot as requested. MP Sgt GUY requested identification from COLLINS, at which time she produced a North Carolina Driver's License.

At 0023, 21Aug05, MP Sgt GUY requested a patrolman's assitance in performing Field Sobriety Tests on COLLINS. COLLINS then proceeded to exit the right shoulder of the roadway, and began traveling south on Holcomb Boulevard at a high rate of speed and without any driving lights.

At 0025, 21Aug05, MP Cpl CAMPBELL observed COLLINS' vehicle traveling south on Holcomb Boulevard without driving lights. MP Cpl CAMPBELL executed a U-turn, attempting to conduct a traffic stop on COLLINS. COLLINS then executed a U-turn adjacent to Lot 201 and began traveling north on Holcomb Boulevard. COLLINS ignored several attempts by Military Police to conduct a traffic stop. COLLINS then exited the roadway and into the center median of Holcomb Boulevard, traveling north in the grass median at approximately 50 MPH, for approximately 1/2 mile. COLLINS eventually stopped her vehicle approximately 50 feet south of Brewster Blvd in the left turn lane of Holcomb Boulevard.

At 0027, 21Aug05, a traffic stop was conducted and contact was made with COLLINS, who was detained, searched, placed in hand irons, and transported to PMO for processing. COLLINS' vehicle was searched and a clear plastic Ocean Spray brand bottle approximately half full containing an unknown alcoholic beverage was collected.

At 0052, 21Aug05, COLLINS was advised of her Implied Consent Rights by MP Cpl HASSELL.

**(Continued on Page 5)**

## ENCLOSURE(S) (List additional "enclosures in the Narrative Section)

| ENCL # | DESCRIPTION (List all attached supporting documents (Statements, Photographs, Sketches, etc.) |
|---|---|
| 1 | Statement of Force (Bailey) |
| 2 | Chemical Analysis Rights Advisement (Collins) |
| 3 | Intoxilizor Printout 1 (Collins) |
| 4 | Intoxilizor Printout 2 (Collins) |
| 5 | Alcoholic Influence Report (Collins) |
| 6 | 24 Hour Vehicle Impound Slip |

7. DD Form 1408 (N15593101)
8. DD Form 1408 (N15593102)
9. DD Form 1805 (N219579)
10. DD Form 1805 (N219578)
11. DD Form 1805 (N219580)
12. DD Form 1805 (N219581)
13. DD Form 1805 (N219582)
14. DD Form 629 (Collins)
15. One Digital Photograph

## SECTION X. REPORTING/APPROVING OFFICIALS

| REPORTING OFFICIAL (NAME, RANK, TITLE & SIGNATURE) | DATE | REPORTING OFFICIAL (NAME, RANK, TITLE & SIGNATURE) | DATE |
|---|---|---|---|
| Campbell D.R. Cpl/Patrolman | 21Aug05 | Hollis, W. A. SSgt/Platoon Sergeant | 21Aug05 |

## SECTION XI. ADMINISTRATIVE DISPOSITION *(ADMIN USE ONLY)*

| VICTIM/WITNESS NOTIFICATION: (DD Form 2701 Provided) | INCIDENT STATUS: | CLEARED EXCEPTIONALLY: | DATE CLEARED: |
|---|---|---|---|
| # VICTIMS NOTIFIED  # WITNESSES NOTIFIED | ☐ Unfounded<br>☐ Cleared by Apprehension<br>☐ Cleared Exceptionally | ☐ (A) Death of offender<br>☐ (B) Prosecution Declined<br>☐ (C) Extradition Declined | ☐ (D) Refused to Cooperate<br>☐ (E) Juvenile No Custody<br>☐ (F) Not Applicable |

| REFERRED TO/ASSUMED BY: | DISTRIBUTION: |
|---|---|
| NCIS Case #: | ☐ COMMANDING OFFICER ☐ MEDICAL/MENTAL HEALTH |
| INVESTIGATIONS Case #: | ☐ LEGAL OFFICER/SJA ☐ DRUG & ALCOHOL |
| LOCAL POLICE Case #: | ☐ FAMILY ADVOCACY ☐ OTHER: |
| OTHER (Specify) | ☐ EQUAL OPPORTUNITY |

OPNAV 5527 1 DEC97          PREVIOUS EDITION IS OBSOLETE.          PAGE 4 OF 5 PAGES

| INCIDENT REPORT ADDENDUM - NARRATIVE SECTION | INCIDENT NUMBER 053100 305 | REPORT TYPE: ☒ INITIAL ☐ SUPPLEMENTAL |
|---|---|---|

This form is used with OPNAV 5527/1, "Incident Report" to record additional Narrative information.

At 0113, 21Aug05, COLLINS consented to a chemical analysis of her breath, but failed to give a proper sample, resulting in an invalid test reading.

At 0120, 21Aug05, COLLINS consented to a subsequent chemical analysis of her breath. The first test resulted in a reading of 0.24 %B.A.C. and the second test resulted in a reading of 0.24 %B.A.C. According to North Carolina General Statutes and Base Regulations, COLLINS was charged with Driving While Impaired (0.24 %B.A.C.) An Alcohol Influence Report was completed, and COLLINS vehicle was issued a 24-Hour Impound Notice.

COLLINS was issued DD Form 1408 Traffic Citation #N15593101 for Driving While Impaired and Reckless Driving, and Traffic Citation #N15593102 for Fleeing or Attempting to Elude Military Police and Open Alcoholic Beverage in Vehicle, both with a court date of 22Aug05. A Temporary Letter of Suspension was issued to COLLINS.

COLLINS was issued DD Form 1805 #N219578 for NCGS 20-138.1 (Impaired Driving.)

COLLINS was issued DD Form 1805 #N219579 for NCGS 20-140 (Reckless Driving.)

COLLINS was issued DD Form 1805 #N219580 for NCGS 20-138.7 (Transporting An Open Container of Alcoholic Beverage.)

COLLINS was issued DD Form 1805 #N219581 for NCGS 20-141.5 (Speeding To Elude Arrest.)

COLLINS verbally stated that she was a dependant wife, but her father related to Military Police that she has been divorced for approximately three months, and has no military affiliation.

COLLINS was released to her father, Mr. James H. COLLINS.

At 0335, 21Aug05, MCB CDO Major WELLS was notified.


COLLINS does not have any prior offenses listed in CLEOC.

COLLINS does not have any prior offenses listed in DCI.

Additional Military Police Officers:

3. Hassell, Jesse J. Cpl/PMO/Third Platoon/8394
4. Bailey, Joshua B. LCpl/PMO/Third Platoon/5724
5. Hren, Beth M. PFC/PMO/Third Platoon/1060

# STATEMENT OF FORCE/USE OF DETENTION SPACE (1630)

NAVMC 11130-(6-83) U/I: PADS OF 50
SN: 0000-00-006-8900
NOTE: THIS FORM IS TO BE INCLUDED IN SUBJECT'S CASE FILE.

| | | |
|---|---|---|
| **DATE** 21Aug05 | | **MP CASE NO.** 053100102805 |

RESTRAINING FORCE WAS NECESSARY IN THE CASE OF:
NAME *(Last, first, middle initial)*

**Collins, Kathryn Leigh**

| SEX | GRADE | SOCIAL SECURITY NO. |
|---|---|---|
| **F** | **Civ** | **241511370** |

SUSPECTS COMPLETE MILITARY ADDRESS *(Civilian address if civilian)*

**3133 Brunswick Ave**
New Bern, NC 28562

APPREHENDED/TAKEN INTO CUSTODY AT *(Time, date, location)*

**0027, 21Aug05/Holcomb Blvd., 50 feet south of Brewster Blvd., Camp Lejeune, NC**

APPREHENDING MILITARY POLICEMAN *(Name, grade, Social Security No.)*

**MP LCpl Bailey, J.B./ LCpl/ 257435724**

| FORCE USED<br>Check if applicable | | REASON FOR USING FORCE/HOW APPLIED |
|---|---|---|
| HAND IRONS | **X** | **As a result of COLLINS attempting to elude Military Police, and being highly intoxicated, and Driving Recklessly, COLLINS was placed in hand irons, right wrist first, followed by left wrist, checked for fit and double locked. COLLINS was then searched and placed into the rear seat of the police vehicle and transported to PMO for processing. The hand irons were removed upon arrival at PMO.** |
| LEG IRONS | | |
| PHYSICAL | | |
| CHEMICAL | | **Time on: 0027, 21Aug05**<br>**Time off: 0043, 21Aug05** |
| BATON | | |
| STRAIGHT JACKET | | |
| DETENTION SPACE* | | |
| OTHER *(Explain)* | | |

## MEDICAL/CHEMICAL TREATMENT PROVIDED

FIRST AID ADMINISTERED BY *(Name, grade, Social Security No. of person providing initial treatment)*

**N/A**

NAME AND LOCATION OF MEDICAL FACILITY AND TYPE OF TREATMENT ADMINISTERED

**N/A**

| NAME OF MEDICAL ATTENDANT *(Name, grade, Social Security No.)* | SIGNATURE OF MEDICAL ATTENDANT |
|---|---|
| **N/A** | **N/A** |

RECORD OF DETENTION

SUSPECTS NAME (Last, first, middle initial)

**N/A**

DATE/TIME PLACED INTO DETENTION SPACE

**N/A**

DATE/TIME RELEASED FROM DETENTION SPACE

**N/A**

REASON FOR PLACING INTO DETENTION SPACE

**N/A**

NAME OF SUPERVISOR AUTHORIZING DETENTION (Name, grade, Social Security No.)

**N/A**

SIGNATURE

INSPECTION RECORD

| DATE | TIME | CONDUCT | SIGNATURE OF GUARD | REMARKS |
|------|------|---------|--------------------|---------|

**NOT USED**

IN RE: _Collins, Kathryn L._ _D/N /241 51 1367 /USMC_
(DRIVER'S NAME AND HOME ADDRESS)

PLACE OF CHARGE: _Bldg 3, PMO, Camlej_

DATE/TIME OF CHARGE: _____
OBSERVATION TIME STARTED: _0052 /21 Aug 05_

You have been charged with operating a vehicle or mechanical transportation aboard Marine Corps Base, Camp Lejeune, NC., while committing an implied consent offense. In my presence the charging officer will request you to submit to a chemical analysis to determine the alcohol concentration of your body. It is required that you be informed both orally and given a notice in writing of your rights, which are as follows:

1. You have the right to refuse to be tested. Do you understand this? — Yes ☑ No ☐

2. Refusal to take any test or tests will result in an immediate revocation of your driving privilege until your appearance before the Base Traffic Court Officer and an additional 12 month revocation by the Base Traffic Court Officer. — Yes ☑ No ☐

3. If you refuse to submit to any required test your refusal will be reported to the North Carolina Department of Motor Vehicles, and to the States in which your license is issued. This action may result in revocation of your States driver's license. — Yes ☑ No ☐

4. The test results, or the fact of your refusal, will be admissible in evidence at trial on the offense charged. — Yes ☑ No ☐

5. If any test reveals an alcohol concentration of 0.08% BAC or more, your driving privileges may be temporarily suspended prior to your appearance before the Base Traffic Court Officer, or in the case of civilians the Federal Magistrate. — Yes ☑ No ☐

6. You may have a qualified person of your own choosing administer a chemical test or tests in addition to any test administered at the direction of the charging MP. — Yes ☑ No ☐

7. You have the right to call an attorney and select a witness to view the testing procedures, but the testing will not be delayed for these purpose longer than 30 minutes from the time you are notified of your rights. — Yes ☑ No ☐ Time: _0104_

Do you wish to call anyone? — Yes ☐ No ☑

Did the driver make any calls? — Yes ☐ No ☑

_____
(Signature of Witness)

_____
(Signature of Driver)

| | | Time: | Date: | Results: | %BAC |
|---|---|---|---|---|---|
| Tested ☑ | Breath ☑ | 0121 | 21 Aug 05 | 0.24 | %BAC |
| | Blood ☑ | 0122 | 21 Aug 05 | 0.24 | %BAC |
| | | | | 0. | %BAC |
| Refused Test ☐ | | | | | |

_Hassel, Jesse J._
(Printed Name of Chemical Analyst)

_____
(Signature of Chemical Analyst)

# ALCOHOLIC INFLUENCE REPORT

| INSTALLATION | VIOLATION REPORT NO. | ACCIDENT REPORT NO. |
|---|---|---|
| CAMP LE JEUNE, NC | 053100103805 | N/A |

| DATE, TIME AND LOCATION OF ACCIDENT OR INCIDENT | DATE AND TIME IN CUSTODY | APPREHENDING OFFICER |
|---|---|---|
| 21 AUG 05 / 0022 | 0027 / 21 AUG 05 | CPL CAMPBELL |

| NAME OF SUBJECT | GRADE/CATEGORY | SSN |
|---|---|---|
| COLLINS, KATTHZYN L. | CIV | |

| UNIT OF ASSIGNMENT/ADDRESS | | |
|---|---|---|
| 3133 BRUNSWICK AVE, NEW BERN NC | ☒ DRIVER ☐ PASSENGER ☐ PEDESTRIAN | |

| AGE | SEX | APPROX WEIGHT | OPERATOR'S LICENSE NO. | STATE |
|---|---|---|---|---|
| 25 | ☐ Male ☒ Female | 160 | 234 11 814 | NC |

*Check all applicable boxes describing conditions observed, i.e., more than one box may be checked to describe conditions observed.*

## SECTION I - OBSERVATIONS

| MADE BY (Name, grade, SSN & organization) | WITNESSED BY (Name, grade, SSN & organization) |
|---|---|
| CAMPBELL, DARRELL R. CPL | HASSELL, JESSE, CPL |
| 558 75 7658 / PMO OPS 3RD PLATOON | / PMO OPS 3RD PLT |

**CLOTHES** *(Describe type & color)*

| | |
|---|---|
| HAT OR CAP | NONE |
| JACKET OR COAT | NONE |
| SHIRT OR DRESS | BURGUNDY FLORAL PATTERN WITH SHOULDER STRAPS |
| PANTS OR SKIRT | BLUE JEANS |

| CONDITION | ☐ Disorderly ☐ Disarranged | DESCRIBE |
|---|---|---|
| | ☐ Soiled ☐ Mussed ☒ Orderly | |

| **BREATH** | ODOR OF ALCOHOLIC BEVERAGE | ☐ Strong ☒ Moderate ☐ Faint ☐ None |
|---|---|---|

| **ATTITUDE** | ☐ Excited ☐ Hilarious ☒ Talkative ☐ Carefree ☐ Sleepy ☐ Profanity |
|---|---|
| | ☐ Combative ☐ Indifferent ☐ Insulting ☐ Cocky ☐ Cooperative ☒ Polite |

| **UNUSUAL ACTIONS** | ☐ Hiccoughing ☐ Belching ☐ Vomiting ☐ Fighting ☐ Crying ☒ Laughing |
|---|---|

| **SPEECH** | ☐ Not understandable ☐ Mumbled ☐ Slurred ☐ Mush mouthed ☐ Confused |
|---|---|
| | ☐ Thick tongued ☐ Stuttered ☐ Accent ☒ Fair ☐ Good |

SPONTANEOUS ACTS *(Statements, walking, turning, etc)*

| INDICATE BRIEFLY WHAT FIRST LED YOU TO SUSPECT ALCOHOLIC INFLUENCE | SIGNS OR COMPLAINT OF ILLNESS OR INJURY |
|---|---|
| ODOZ OF ALCOHOL DETECTED AT MAIN GATE | NONE |

## SECTION II - PERFORMANCE TESTS *(Warning of rights in accordance with separate departmental policy is required for military personnel)*

| ADMINISTERED BY (Name, grade, SSN & organization) | DATE & TIME TESTS PERFORMED |
|---|---|
| | |

| **BALANCE** | ☐ Falling | ☐ Needed support | ☐ Wobbling | ☐ Swaying | ☐ Unsure | ☐ Sure |
|---|---|---|---|---|---|---|
| **WALKING** | ☐ Falling | ☐ Staggering | ☐ Stumbling | ☐ Swaying | ☐ Unsure | ☐ Sure |
| **TURNING** | ☐ Falling | ☐ Staggering | ☐ Hesitant | ☐ Swaying | ☐ Unsure | ☐ Sure |

| **FINGER TO NOSE** | RIGHT ☐ Completely missed | LEFT ☐ Completely missed |
|---|---|---|
| | ☐ Hesitant ☐ Sure | ☐ Hesitant ☐ Sure |

| **COINS** | ☐ Unable ☐ Fumbling ☐ Slow ☐ Sure | BALANCE DURING COIN TEST |
|---|---|---|
| | ☐ Other | |

| ABILITY TO UNDERSTAND INSTRUCTIONS | EFFECTS OF ALCOHOL ☐ Extreme ☐ Obvious ☐ Slight |
|---|---|
| ☐ Poor ☐ Fair ☐ Good | ☐ None ABILITY TO DRIVE ☐ Unfit ☐ Fit |

REMARKS

**DD FORM 1920**
1 AUG 73

S/N.0102-LF-068.4800

Were you operating a vehicle?_____ Where were you going? _____

What street or highway were you on?_____ Direction of travel? _____

Where did you start from?_____ What time did you start?_____ What time is it now? _____

What city (county) are you in now?_____ What is the date?_____ What day of the week is it? _____

| INTERVIEWER TO FILL IN ACTUAL | TIME | DAY | DATE | INTERVIEWER'S NAME |
|---|---|---|---|---|
| | | | | |

When did you last eat?_____ What did you eat? _____

What were you doing during the last three hours?_____

Have you been drinking?_____ What?_____ How much?_____ Where? _____

Time started?_____ Time stopped?_____ Are you under the influence of an alcoholic beverage now? _____

What is your occupation?_____ When did you last work? _____

Do you have any physical defects?_____ If so, what's wrong? _____

Do you limp?_____ Have you been injured lately?_____ If so, what's wrong? _____

Are you ill?_____ If so, what's wrong? _____

Did you get a bump on the head?_____ Were you involved in an accident today?_____ Have you had any alcoholic beverage since the accident?_____

If so, what?_____ Where?_____ How much?_____ When? _____

Have you seen a doctor or dentist lately?_____ If so, who?_____ When? _____

What for?_____ Are you taking tranquilizers, pills or medicines of any kind? _____

If so, what kind? (Get sample)_____ Last dose?_____ Do you have epilepsy?_____ Diabetes? _____

Do you take insulin?_____ If so, last dose?_____ Have you had any injections of any other drugs recently?_____

If so, what for?_____ What kind of drug?_____ Last dose? _____

When did you last sleep?_____ How much sleep did you have?_____ Are you wearing false teeth?_____ Glass eye? _____

| HANDWRITING SPECIMEN (Signature and/or anything he chooses) | |
|---|---|
| | |

## SECTION IV - CHEMICAL TEST DATA

| TYPE OF SPECIMEN | TIME, DATE AND LOCATION OF TEST |
|---|---|
| ☐ Blood  ☒ Breath  ☐ Saliva  ☐ Urine  ☐ Other | 0113 / 21 AUG 05 / PMO BLDG 3 |

| ADMINISTERED BY (Name, grade, SSN & organization) | TEST RESULT |
|---|---|
| HASSELL JESSE, CPL, 383 04 8384 , PMO OPS 3RD PLT | 0.24 BAC |

IF TEST REFUSED, OR UNABLE TO BE ADMINISTERED, STATE REASON

## SECTION V - VIDEO TAPE, MOTION PICTURE, VOICE RECORDINGS

| TYPE COVERAGE | SCOPE OF COVERAGE | | |
|---|---|---|---|
| ☐ Video tape  ☐ Motion picture  ☐ Voice | ☐ Observation | ☐ Performance test | ☐ Interview |

| TAKEN BY (Name, grade, SSN & organization) | REFERENCE CODE |
|---|---|
| | |

## SECTION VI - SUPPLEMENTARY DATA

| | NAME | ADDRESS | TELEPHONE NO. | CONDITION |
|---|---|---|---|---|
| WITNESSES | | | | |
| | | | | |
| | | | | |
| PASSENGERS IN SUSPECT'S VEHICLE | | | | |

*U.S. Government Printing Office: 1991 — 504-109/20537 2-1

DS31000(X2605

Case 7:05-mj-00203-SES   Document 8   Filed 11/10/06   Page 12 of 34

## ARMED FORCES TRAFFIC TICKET (copy 1)

DCI A

The person named below committed traffic violation set forth at the time and location, and on date shown, and was issued this traffic ticket

1. NAME (Last, First, Middle Initial)
COLLINS, KATHRYN L.

2. RANK/GRADE — CIV
3. DATE OF BIRTH — 20AUG79
3A. SOCIAL SECURITY NO. — 241 51 1317D

5. ORGANIZATION OR ADDRESS
3133 BRUNSWICK AVE NEW BERN NC

6. DRIVER LICENSE NUMBER — 234 H 8 H
7. ISSUING AUTHORITY (State) — NC

8A. MAKE/TYPE OF VEHICLE — SNM
8B. STATE LICENSE OR REGIS NO — 11672 JNL
10. REGIS TAG NO — NONE

11. DATE (Day-month-year) — 22 AUG 05
12. TIME — 0730
13. LOCATION — HOLLOWAY BLVD

15. REMARKS
018 - FLEEING OR ATTEMPTING TO ELUDE MILITARY POLICE
024 - OWN ALCO HOL & BEVERAGE IN VEHICLE

16. NAME OF PERSON ISSUING TRAFFIC TICKET — CAMP BELL, DARRELL
17. ORGANIZATION AND INSTALLATION — XAML MPS 3RD PLT EMCAA

REPORT TO BLDG 60 AT 0730 ON 22 AUG 05

TICKET NUMBER N15593102

DD Form 1408, DEC 07   Previous edition is obsolete

---

## ARMED FORCES TRAFFIC TICKET (copy 2)

DCI A

The person named below committed traffic violation set forth at the time and location, and on date shown, and was issued this traffic ticket

1. NAME (Last, First, Middle Initial)
COLLINS, KATHRYN L.

2. RANK/GRADE — CIV
3. DATE OF BIRTH — 20AUG79
3A. SOCIAL SECURITY NO. — 234 51 1317D

5. ORGANIZATION OR ADDRESS
3133 BRUNSWICK AVE NEW BERN NC

6. DRIVER LICENSE NUMBER — 234 H 8 H
7. ISSUING AUTHORITY (State) — NC

8A. MAKE/TYPE OF VEHICLE — SNM
8B. STATE LICENSE OR REGIS NO — 11672 JNL
10. REGIS TAG NO — NONE

11. DATE (Day-month-year) — 22 AUG 05
12. TIME — 0730
13. LOCATION — HOLLOWAY BLVD

15. REMARKS
018 - DRIVING WHILE IMPAIRED / RECKLESS
018 - RECKLESS DRIVING
011 - RECKLESS DRIVING

16. NAME OF PERSON ISSUING TRAFFIC TICKET — CAMPBELL, DARRELL
17. ORGANIZATION AND INSTALLATION — XAML MPS 3RD PLT EMCAA

DD Form 1408, DEC 07   Previous edition is obsolete

48.313

## United States District Court
### Violation Notice

Loc. Code: EC - 13

Violation No. 219578

Print Officer Name: CAMPBELL, DARELL R

Officer No.: 4038

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 21 AUG 05  00ZZ

Offense Charged: NCGS  20-138.1

Place of Offense: FRELAM B BLVD CAMP LEJEUNE, NC

Offense Description: IMPAIRED DRIVING

Defendant's Last Name: COLLINS

First Name: KATHRYN

M.I.: L

Street Address: 3153 BRUNSWICK AVE

City: NEW BERN

State: NC

Zip Code: 28562

Date of Birth: 20 NOV 79

Driver's License No.: 2341594H

D.L. State: NC

Social Security No.: 241 51 1376

**VEHICLE DESCRIPTION**

Vehicle Tag No.: SWH1672

Year: 1999

Vehicle Make: TOYOTA

Vehicle Color: SILVER

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
   ☐ I wish to terminate this matter by paying the collateral shown below, enclosed.
   ☐ I plead not guilty and promise to appear as required.

**YOUR COURT DATE**

Date: _____  Time: _____

Court Address: ALTON B LENNON FEDERAL BLDG, 2 PRINCE STREET WILMINGTON, NC

Collateral (fine): _____

For payment by credit card, SEE INSTRUCTIONS.

DD FORM 1805, SEP 1993

(Accountable upon issuance to the officer and until posted to the Appropriate Central Violations Bureau (Magistrate Court))

Original - CVB Copy    Previous edition is obsolete.

---

## United States District Court
### Violation Notice

Loc. Code: EC - 13

Violation No. 219579

Print Officer Name: CAMPBELL, DARELL R

Officer No.: 4038

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 21 AUG 05  00ZZ

Offense Charged: NCGS  20-140

Place of Offense: HOLLAND B BLVD, CAMP LEJEUNE, NC

Offense Description: RECKLESS DRIVING

Defendant's Last Name: COLLINS

First Name: KATHRYN

M.I.: L

Street Address: 3153 BRUNSWICK AVE

City: NEW BERN

State: NC

Zip Code: 28562

Date of Birth: 20 NOV 79

Driver's License No.: 2341594H

D.L. State: NC

Social Security No.: 241 51 1376

**VEHICLE DESCRIPTION**

Vehicle Tag No.: SWH1672

Year: 1999

Vehicle Make: TOYOTA

Vehicle Color: SILVER

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
   ☐ I wish to terminate this matter by paying the collateral shown below, enclosed.
   ☐ I plead not guilty and promise to appear as required.

**YOUR COURT DATE**

Date: _____  Time: _____

Court Address: ALTON B LENNON FEDERAL BLDG, 2 PRINCE STREET WILMINGTON, NC

Collateral (fine): _____

For payment by credit card, SEE INSTRUCTIONS.

DD FORM 1805, SEP 1993

(Accountable upon issuance to the officer and until posted to the Appropriate Central Violations Bureau (Magistrate Court))

Original - CVB Copy    Previous edition is obsolete.

## United States District Court — Violation Notice (right copy)

Loc. Code **EC-13**

Violation No. **N 219580**

Print Officer Name: **CAMPBELL, DARREL**

Officer No. **4888**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense **21AUG05** Offense Charged **NCGS 20-138.7**

Place of Offense **HOLCOMB BLVD, CAMP LEJEUNE, NC**

Offense Description **TRANSPORTING AN OPEN CONTAINER OF ALCOHOLIC BEVERAGE**

Defendant's Last Name **COLLINS** First Name **KATHRYN** M.I. **L**

Street Address **3133 BRUNSWICK AVE**

City **NEW BERN** State **NC** Zip Code **28562** Date of Birth **28NOV79**

Driver's License No. **234 11 814** D.L. State **NC** Social Security No. **241 51 1378**

### VEHICLE DESCRIPTION

Vehicle Tag No. **SVH 1672** Vehicle Tag State **NC** Year **1999** Vehicle Make **TOYOTA** Vehicle Color **SILVER**

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

___ I wish to terminate this matter by paying the collateral shown below, enclosed.

___ I plead not guilty and promise to appear as required.

YOUR COURT DATE _____

Court Address **ACTAN B. LENNAN FEDERAL BLDG, 2 PRINCE STREET, WILMINGTON, NC**

Collateral (fine) _____

For payment by credit card, SEE INSTRUCTIONS.

1999 FORM 1805, SEP 1998
(Accountable upon issuance; to the offender and until posted to the Appropriate Central Violations Bureau (Magistrate Court).)

Original - CVB Copy    Previous edition is obsolete.

---

## United States District Court — Violation Notice (left copy)

Loc. Code **EC-13**

Violation No. **N 219581**

Print Officer Name: **CAMPBELL, DARREL**

Officer No. **4888**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense **21AUG05** Offense Charged **NCGS 20-141.5**

Place of Offense **HOLCOMB E BLVD, CAMP LEJEUNE NC**

Offense Description **SPEEDING 70 TO ELVDE**

Defendant's Last Name **COLLINS** First Name **KATHRYN** M.I. **L**

Street Address **3133 BRUNSWICK AVE**

City **NEW BERN** State **NC** Zip Code **28562** Date of Birth **28NOV79**

Driver's License No. **234 11 814** D.L. State **NC** Social Security No. **241 51 1378**

### VEHICLE DESCRIPTION

Vehicle Tag No. **SVH 1672** Vehicle Tag State **NC** Year **1999** Vehicle Make **TOYOTA** Vehicle Color **SILVER**

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

___ I wish to terminate this matter by paying the collateral shown below, enclosed.

___ I plead not guilty and promise to appear as required.

YOUR COURT DATE _____

Court Address **ACTAN B. LENNAN FEDERAL BLDG, 2 PRINCE STREET, WILMINGTON, NC**

Collateral (fine) _____

For payment by credit card, SEE INSTRUCTIONS.

1999 FORM 1805, SEP 1998
(Accountable upon issuance; to the offender and until posted to the Appropriate Central Violations Bureau (Magistrate Court).)

Original - CVB Copy    Previous edition is obsolete.

# CRIME SCENE PHOTOGRAPHS



Open container with an alcoholic beverage found in Collin's Vehicle.

VEHICLE IMPOUND SLIP
MCBCL 1630/5 (REV 7-81)

*JM HOUR*

DATE 21 AUG05

Location of Vehicle

ADAMS BLVD AND BREWSTER ST

| Time | Base Tag No. | State | Make of Vehicle |
|------|-------------|-------|-----------------|
| 0130 | NWE | SVH 1172 NC | TOYOTA |
| Year | Model | Color | Vehicle Ident. No. |
| 1999 | 4-RUNNER | SILVER | JT36N767-2X6101b |

Name of Owner (if known)          Organization (if known)
COLLINS, KATHRYN                  N/A

You are directed to remove your vehicle from the limits of Camp Lejeune
(which includes Midway Park, Tarawa Terrace, Knox Trailer Park, and Camp
Geiger Prior to : 0130  21 AUG05
                  Time        Date

For the following reasons:

☑ No Base Registration            ☐ No State Registration

☐ Blocking Traffic               ☐ Expired State Registration

☐ Expired Temporary Registration ☐ Abandoned

☐ Traffic Hazard                 ☑ Other OLD-DZMING WHILE
                                       INMPAIRED BAC 0.24
☐ Remarks

Failure to comply as directed will result in your vehicle being towed off Base at your expen

| OWNER NOTIFIED (time/date) | Signature of MP/PLT/SECTION |
|---------------------------|----------------------------|
| 0130 / 21 AUG05 | _(signature)_ / SED / UNS |

Case 7:05-mj-00203-SES   Document 8   Filed 11/10/06   Page 16 of 34

40317

```
       ...                ...
                     COUNTY  ...
```

```
CITATION NO=...
... NAME=COLLINS, KATHRYN L
... DOB =12/20/1978  SEX =FEMALE
DRIV LIC=NC-...
... NAME=CAMP LEJEUNE CPL,
TYPE OF AGENCY=...
AGENCY=CAMP LEJEUNE
... NAME=HASSELL, CPL.
PERMIT NUMBER=18436D         CODE=NA

       TEST            AC     TIME
AIR BLANK             .00   01:13 AM
CALCHK #318 OF 125    .07   01:13 AM
AIR BLANK             .00   01:13 AM
INVALID SAMPLE        .XXX  01:14 AM
AIR BLANK             .00   01:14 AM
```

## RIGHTS OF PERSON REQUESTED TO SUBMIT TO A CHEMICAL ANALYSIS TO DETERMINE ALCOHOL CONCENTRATION UNDER G.S. 20-16.2 (a)

You have been charged with operating a vehicle upon a highway or public vehicular area while committing an implied consent offense. You will be requested to submit to a chemical analysis to determine your alcohol concentration. It is first required that you be informed both orally and given a notice in writing of your rights, which are as follows:

1. You have a right to refuse to be tested.
2. Refusal to take any required test or tests will result in an immediate revocation of your driving privilege for at least 30 days and an additional 12-month revocation by the Division of Motor Vehicles.
3. The test results, or the facts of your refusal, will be admissible in evidence at trial on the offense charged.
4. Your driving privilege will be revoked immediately for at least 30 days if:
   a. The test reveals an alcohol concentration of 0.08 or more; or
   b. You were driving a commercial motor vehicle and the test reveals an alcohol concentration of 0.04 or more; or
   c. You are under 21 years of age and the test reveals any alcohol concentration.
5. You may have a qualified person of your own choosing administer a chemical test or tests in addition to any test administered at the direction of the charging officer.
6. You have the right to call an attorney and select a witness to view for you the testing procedures, but the testing may not be delayed for these purposes longer than 30 minutes from the time you are notified of your rights.

Time __0052__  ☒ a.m. [ ] p.m.   Date __21 AUG 05__

Did defendant call an attorney and/or witness? ☒ No  [ ] Yes   Time _____  [ ] a.m. [ ] p.m.

_____
Signature of Chemical Analyst

_____
Signature of Person Charged

DHHS 3908 (05/01)   DISTRIBUTION OF COPIES:
                    1ST - COURT/AFFIDAVIT COPY    3RD - DEFENDANT'S COPY
                    2ND - IF REFUSAL - DMV COPY   4TH - ANALYST/OFFICER'S COPY

QG 3100910-2003

**RECEIPT FOR PRISONER OR DETAINED PERSON**

RECEIVED FROM (Unit or Agency and Station)

PROVOST MARSHAL'S OFFICE

| TIME | DATE |
|---|---|
| 0634 0255 | 2 MAY 05 |

| LAST NAME - FIRST NAME - MIDDLE INITIAL | SERVICE NUMBER AND SSN | GRADE |
|---|---|---|
| COLLINS, KATHRYN L | 241 51 1370 | CIV |

ORGANIZATION

N/A

STATION

N/A

OFFENSE

018 - FLEEING OR ATTEMPTING
TO ELUDE MILITARY POLICE
018 - DRIVING WHILE IMPAIRED 0.24 BAC
011 - RECKLESS DRIVING
029 - OPEN ALCOHOLIC BEVERAGE
CONTAINER IN VEHICLE

PERSONAL PROPERTY

RETAINED ON PERSON

REMARKS

CALM AND COOPERATIVE

| NAME AND TITLE OF PERSON RECEIVING ABOVE INDIVIDUAL | SERVICE NUMBER AND SSN | GRADE |
|---|---|---|
| COLLINS, JAMES H. | 238 70 7312 | CIV |

RECEIVING UNIT OR AGENCY AND STATION

SIGNATURE

DD Form 629, MAR 58

S/N 0102-LF-000-6290

EDITION OF 1 MAR 52 IS OBSOLETE

```
CAMP LEJEUNE PMO
INTOXILYZER - ALCOHOL ANALYZER
CMI MODEL  J00    SN 68-012
08/21/2005      COUNTY

CITATION NO=X0000000-0
SUB NAME=COLLINS,KATHRYN,L
SUB DOB =11/20/1979  SEX =FEMALE
DRIV LIC=NC-23411814
OFF NAME=CAMPBELL,CPL,
TYPE OF AGENCY=MP
AGENCY=CAMP LEJEUNE
ANA NAME=HASSELL,CPL,
PERMIT NUMBER=19406D           CODE=NA

    TEST               AC     TIME
  AIR BLANK           .00   01:13 AM
  CALCHK #018 OF 125  .07   01:13 AM
  AIR BLANK           .00   01:13 AM
  INVALID SAMPLE      .XXX  01:14 AM
  AIR BLANK           .00   01:14 AM
```

**RIGHTS OF PERSON REQUESTED TO SUBMIT TO A
CHEMICAL ANALYSIS TO DETERMINE ALCOHOL
CONCENTRATION UNDER G.S. 20-16.2 (a)**

You have been charged with operating a vehicle on a
highway or public vehicular area while committing an implied
consent offense. You will be requested to submit to a
chemical analysis to determine your alcohol concentration. It
is first required that you be informed both orally and given a
notice in writing of your rights, which are as follows:

1.  You have a right to refuse to be tested.
2.  Refusal to take any required test or tests will result in an
    immediate revocation of your driving privilege for at least
    30 days and an additional 12-month revocation by the
    Division of Motor Vehicles.
3.  The test results, or the facts of your refusal, will be
    admissible in evidence at trial on the offense charged.
4.  Your driving privilege will be revoked immediately for at
    least 30 days if:
    a. The test reveals an alcohol concentration of 0.08 or
       more; or
    b. You were driving a commercial motor vehicle and the
       test reveals an alcohol concentration of 0.04 or more; or
    c. You are under 21 years of age and the test reveals
       any alcohol concentration.
5.  You may have a qualified person of your own choosing
    administer a chemical test or tests in addition to any test
    administered at the direction of the charging officer.
6.  You have the right to call an attorney and select a witness
    to view for you the testing procedures, but the testing may
    not be delayed for these purposes longer than 30 minutes
    from the time you are notified of your rights.

Time _0052_    ☒ a.m.    Date _21AUG05_
               [ ] p.m.

Did defendant call an                            [ ] a.m.
attorney and/or witness? ☒ No [ ] Yes   Time_____ [ ] p.m.

_____
Signature of Chemical Analyst

_____
Signature of Person Charged

DHHS 3908 (08/01)   DISTRIBUTION OF COPIES:
                     1ST - COURT/AFFIDAVIT COPY    3RD - DEFENDANT'S COPY
                     2ND - IF REFUSAL - DMV COPY   4TH - ANALYST/OFFICER'S COPY

063100102805

| RECE... FOR PRISONER OR DETAINED PERS |

RECEIVED FROM (Unit or Agency and Station): PROVOST MARSHAL'S OFFICE
TIME: 0631
DATE: 21 AUG 05

LAST NAME - FIRST NAME - MIDDLE INITIAL: COLLINS, KATHRYN L
SERVICE NUMBER AND SSN: 241 51 1370
GRADE: CIV

ORGANIZATION: N/A
STATION: N/A

OFFENSE: 010 - DRIVING WHILE IMPAIRED 0.24 BAC / 018 - FLEEING OR ATTEMPTING TO ELUDE MILITARY POLICE
011 - RECKLESS DRIVING / 029 - OPEN ALCOHOLIC BEVERAGE CONTAINER IN VEHICLE

PERSONAL PROPERTY: RETAINED ON PERSON

REMARKS: CALM AND COOPERATIVE

NAME AND TITLE OF PERSON RECEIVING ABOVE INDIVIDUAL: COLLINS, JAMES H.
SERVICE NUMBER AND SSN: 238 70 7312
GRADE: CIV

RECEIVING UNIT OR AGENCY AND STATION:
SIGNATURE: [signature]

DD Form 629, MAR 58    S/N 0102-LF-000-6290    EDITION ON MAR 52, IS OBSOLETE

VEHICLE IMPOUND SLIP

MCBCL 1630/5 (REV 7-81)

0531001 0280S

24 HOUR

DATE 21 AUG05

Location of Vehicle

MCLAWS BLVD AND BREWSTER ST.

| Time 0130 | Base Tag No. NONE | State SVM 1L72 | NC | Make of Vehicle TOYOTA |
| Year 1999 | Model 4-RUNNER | Color SILVER | | Vehicle Ident. No. JT3GN86Z2X0101656 |

Name of Owner (if known)
COLLINS, KATHERYN

Organization (if known)
N/A

You are directed to remove your vehicle from the limits of Camp Lejeune
(which includes Midway Park, Tarawa Terrace, Knox Trailer Park, and Camp
Geiger Prior to : 0130    21 AUG 05
                  Time        Date

For the following reasons:

■ No Base Registration          □ No State Registration

□ Blocking Traffic              □ Expired State Registration

□ Expired Temporary Registration □ Abandoned

□ Traffic Hazard                ■ Other OLD-DRIVING WHILE
                                   IMPAIRED BAC 0.24

□ Remarks

Failure to comply as directed will result in your vehicle being towed off Base at your expense

OWNER NOTIFIED (time/date)              Signature of MP/PLT/SECTION

0130 / 21 AUG 05                        [signature] /SFN/ULS

# ALCOHOLIC INFLUENCE REPORT

| INSTALLATION | VIOLATION REPORT NO. | ACCIDENT REPORT NO. |
|---|---|---|
| CAMP LEJEUNE, NC | 053100128D5 | N/A |

| DATE, TIME AND LOCATION OF ACCIDENT OR INCIDENT | DATE AND TIME IN CUSTODY | APPREHENDING OFFICER |
|---|---|---|
| 21 AUG 05 / 0022 | 0027 /21 AUG 05 | CPL CAMPBELL, D.R |

| NAME OF SUBJECT | GRADE/CATEGORY | SSN |
|---|---|---|
| COLLINS, KATHRYN L. | CIV | 241 51 1370 |

| UNIT OF ASSIGNMENT/ADDRESS | |
|---|---|
| 3133 BRUNSWICK AVE. NEWBERN, NC | ■ DRIVER ☐ PASSENGER ☐ PEDESTRIAN |

| AGE | SEX | APPROX WEIGHT | OPERATOR'S LICENSE NO. | STATE |
|---|---|---|---|---|
| 25 | ☐ Male ■ Female | 160 | 234 11 814 | NC |

*Check all applicable boxes describing conditions observed, i.e., more than one box may be checked to describe conditions observed.*

## SECTION I - OBSERVATIONS

| MADE BY (Name, grade, SSN & organization) | WITNESSED BY (Name, grade, SSN & organization) |
|---|---|
| CAMPBELL, DARRELL R. CPL | HASSELL, JESSE J CPL |
| 558 75 7658  PMD OPS 3RD PLATOON | 383 04 8394  PMD OPS 3RD PLATOON |

| CLOTHES (Describe type & color) | HAT OR CAP |
|---|---|
| | NONE |
| | JACKET OR COAT |
| | NONE |
| | SHIRT OR DRESS |
| | BURGUNDY FLORAL PATTERN SHIRT WITH SHOULDER STRAPS |
| | PANTS OR SKIRT |
| | BLUE JEANS |

| CONDITION | ☐ Disorderly ☐ Disarranged | DESCRIBE |
|---|---|---|
| | ☐ Soiled ☐ Mussed ■ Orderly | |

| BREATH | ODOR OF ALCOHOLIC BEVERAGE | ☐ Strong ■ Moderate ☐ Faint ☐ None |
|---|---|---|

| ATTITUDE | ☐ Excited ☐ Hilarious ■ Talkative ■ Carefree ☐ Sleepy ☐ Profanity |
|---|---|
| | ☐ Combative ☐ Indifferent ☐ Insulting ☐ Cocky ☐ Cooperative ■ Polite |

| UNUSUAL ACTIONS | ☐ Hiccoughing ☐ Belching ☐ Vomiting ☐ Fighting ☐ Crying ■ Laughing |
|---|---|

| SPEECH | ☐ Not understandable ☐ Mumbled ☐ Slurred ☐ Mush mouthed ☐ Confused |
|---|---|
| | ☐ Thick tongued ☐ Stuttered ☐ Accent ■ Fair ☐ Good |

| SPONTANEOUS ACTS (Statements, walking, turning, etc) |
|---|
| |

| INDICATE BRIEFLY WHAT FIRST LED YOU TO SUSPECT ALCOHOLIC INFLUENCE | SIGNS OR COMPLAINT OF ILLNESS OR INJURY |
|---|---|
| ODOR OF ALCOHOL DETECTED BY MAIN GATE SENTRY | NONE |

## SECTION II - PERFORMANCE TESTS *(Warning of rights in accordance with separate departmental policy is required for military personnel)*

| ADMINISTERED BY (Name, grade, SSN & organization) | DATE & TIME TESTS PERFORMED |
|---|---|
| | |

| BALANCE | ☐ Falling | ☐ Needed support | ☐ Wobbling | ☐ Swaying | ☐ Unsure | ☐ Sure |
|---|---|---|---|---|---|---|
| WALKING | ☐ Falling | ☐ Staggering | ☐ Stumbling | ☐ Swaying | ☐ Unsure | ☐ Sure |
| TURNING | ☐ Falling | ☐ Staggering | ☐ Hesitant | ☐ Swaying | ☐ Unsure | ☐ Sure |

| FINGER TO NOSE | RIGHT ☐ Completely missed | LEFT ☐ Completely missed |
|---|---|---|
| | ☐ Hesitant ☐ Sure | ☐ Hesitant ☐ Sure |

| COINS | ☐ Unable ☐ Fumbling ☐ Slow ☐ Sure ☐ Other | BALANCE DURING COIN TEST |
|---|---|---|

| ABILITY TO UNDERSTAND INSTRUCTIONS | EFFECTS OF ALCOHOL | ☐ Extreme ☐ Obvious ☐ Slight |
|---|---|---|
| ☐ Poor ☐ Fair ☐ Good | ☐ None  ABILITY TO DRIVE ☐ Unfit ☐ Fit | |

| REMARKS |
|---|

## SECTION III - INTERVIEW *(Warning of rights in accordance with separate departmental policy is required for all personnel)*

Were you operating a vehicle?_____ Where were you going? _____

What street or highway were you on?_____ Direction of travel? _____

Where did you start from?_____ What time did you start?_____ What time is it now?_____

What city (county) are you in now?_____ What is the date?_____ What day of the week is it?_____

| INTERVIEWER TO FILL IN ACTUAL | TIME | DAY | DATE | INTERVIEWER'S NAME |
|---|---|---|---|---|
| | | | | |

When did you last eat?_____ What did you eat? _____

What were you doing during the last three hours?_____

Have you been drinking?_____ What?_____ How much?_____ Where?_____

Time started?_____ Time stopped?_____ Are you under the influence of an alcoholic beverage now?_____

What is your occupation?_____ When did you last work?_____

Do you have any physical defects?_____ If so, what's wrong?_____

Do you limp?_____ Have you been injured lately?_____ If so, what's wrong?_____

Are you ill?_____ If so, what's wrong?_____

Did you get a bump on the head?_____ Were you involved in an accident today?_____ Have you had any alcoholic beverage since the accident?_____

If so, what?_____ Where?_____ How much?_____ When?_____

Have you seen a doctor or dentist lately?_____ If so, who?_____ When?_____

What for?_____ Are you taking tranquilizers, pills or medicines of any kind?_____

If so, what kind? (Get sample)_____ Last dose?_____ Do you have epilepsy?_____ Diabetes?_____

Do you take insulin?_____ If so, last dose?_____ Have you had any injections of any other drugs recently?_____

If so, what for?_____ What kind of drug?_____ Last dose?_____

When did you last sleep?_____ How much sleep did you have?_____ Are you wearing false teeth?_____ Glass eye?_____

| HANDWRITING SPECIMEN *(Signature and/or anything he chooses)* | |
|---|---|
| | |

## SECTION IV - CHEMICAL TEST DATA

TYPE OF SPECIMEN                           TIME, DATE AND LOCATION OF TEST
☐ Blood   ■ Breath   ☐ Saliva   ☐ Urine   ☐ Other      0113 / 21 AUG 05 / PMD BLDG 3

ADMINISTERED BY (Name, grade, SSN & organization)        TEST RESULT
HASSELL, JESSE J / CPL / 383 04 8394 / PMD DPS 3RD PLT    0.24 BAC

IF TEST REFUSED, OR UNABLE TO BE ADMINISTERED, STATE REASON

## SECTION V - VIDEO TAPE, MOTION PICTURE, VOICE RECORDINGS

TYPE COVERAGE                                SCOPE OF COVERAGE
☐ Video tape   ☐ Motion picture   ☐ Voice      ☐ Observation   ☐ Performance test   ☐ Interview

TAKEN BY (Name, grade, SSN & organization)               REFERENCE CODE

## SECTION VI - SUPPLEMENTARY DATA

| | NAME | ADDRESS | TELEPHONE NO. | CONDITION |
|---|---|---|---|---|
| WITNESSES | | | | |
| | | | | |
| PASSENGERS IN SUSPECT'S VEHICLE | | | | |
| | | | | |

*U.S. Government Printing Office: 1991 — 504-109/20537 2-1

| ARMED FORCES TRAFFIC TICKET | ☐ WARNING (See Remarks below) | NAME (Last, First, Middle Initial) |
|---|---|---|

The person named below committed traffic violation set forth at the time and location, and on date shown, and was issued this traffic ticket.

**1. NAME** (Last, First, Middle Initial)
COLLINS CARMEN L

| **2. RANK/GRADE** | **3. DATE OF BIRTH** | **4. SOCIAL SECURITY NO.** |
|---|---|---|
| CIV | 20 NOV 77 | 241 51 13 70 |

**5. ORGANIZATION OR ADDRESS**
3133 BRANDWICK AVE NEWPORT NC

| **6. DRIVER LICENSE NUMBER** | **7. ISSUING AUTHORITY** (State or Military) |
|---|---|
| 234 11 844 | |

| **8. MAKE OR TYPE OF VEHICLE** | **9. STATE LICENSE OR REGIS NO.** | **10. INSTL TAG NO.** |
|---|---|---|
| | CVN HTZ 1N | NONE |

| **11. DATE** (Day-month-year) | **12. TIME** | **13. LOCATION** |
|---|---|---|
| 21 AUG C | 1022 | BRAND BLVD |

| 14. | X | SPEED OVER LIMIT ( mph in a mph zone) | X | | X | | X | |
|---|---|---|---|---|---|---|---|---|
| | | | | 5 - 10 MPH | | 11 - 15 MPH | | OVER 15 MPH |
| V I O L A T I O N # | | IMPROPER LEFT TURN → | | NO SIGNAL | | CUT CORNER | | FROM WRONG LANE |
| | | IMPROPER RIGHT TURN → | | NO SIGNAL | | INTO WRONG LANE | | FROM WRONG LANE |
| | | DISOBEYED TFC SIGNAL (when light turned red) → | | PAST MIDDLE INTERSECTION | | MIDDLE OF INTERSECTION | | HAD NOT REACHED INTERSECTION |
| | | DISOBEYED STOP SIGN → | | STOPPED WRONG PLACE | | FAILED TO STOP | | ROLLED / SPED THROUGH |
| | | IMPROPER PASSING AND LANE USAGE → | | AT INTERSECTION | | CUT IN | | WRONG SIDE OF PAVEMENT |
| | | | | BETWEEN TFC | | ON RIGHT | | ON HILL |
| | | | | LANE STRADDLING | | WRONG LANE | | ON CURVE |
| | | FOL. TOO CLOSELY | | OTHER VIOLATIONS (Describe) | | | | |
| | | FAILURE TO YIELD | | | | | | |

| **PARKING** | | OVERTIME | DOUBLE PARKING |
|---|---|---|---|
| | | PROHIBITED AREA | OTHER (Describe in Remarks) |

| | | RAIN | **AREA** | **TRAFFIC ACCIDENT** | **TICKET NUMBER** |
|---|---|---|---|---|---|
| **CONDITIONS** | SLIPPERY PAVEMENT | SNOW | BUSINESS | TYPE OF ACCIDENT | NL5593101 |
| | | ICE | INDUSTRIAL | PD \| PI | |
| **THAT** | | NIGHT | RURAL | FATAL | |
| | DARKNESS | FOG | SCHOOL | PEDESTRIAN | |
| **INCREASED** | | SNOW | RESIDENTIAL | VEHICLE | |
| | | CROSS | **HIGHWAY TYPE** | HIT FIXED OBJ | |
| **SERIOUSNESS** | OTHER TRAFFIC PRESENT | ONCOMING | | RIGHT ANGLE | |
| **OF** | | PEDESTRIAN | 2 - LANE | SIDESWIPE | |
| | | SAME DIRECTION | 3 - LANE | REAR END | |
| **VIOLATION** | CAUSED PERSON TO DODGE | PEDESTRIAN | 4 - LANE | INTERSECTION | |
| | | DRIVER | 4 - LANE DIVIDED | HEAD ON | |
| | | JUST MISSED ACDT | | RAN OFF ROAD | |

**15. REMARKS**

**16. NAME OF PERSON ISSUING TRAFFIC TICKET**
CAMPBELL PATROL Z.

| **17. ORGANIZATION AND INSTALLATION** | **18. RANK/GRADE** |
|---|---|
| MP CO 8 BN | CIV MP |

DD Form 1408, DEC 87    *Previous edition is obsolete.*    Violator    3

EXHIBIT 2    Case 7:05-mj-00203-SES   Document 8   Filed 11/10/06   Page 24 of 34

# ARMED FORCES TRAFFIC TICKET

☐ **WARNING**
*(See Remarks below)*

**NAME** *(Last, First, Middle Initial)*

X

The person named below committed traffic violation set forth at the time and location, and on date shown, and was issued this traffic ticket.

**1. NAME** *(Last, First, Middle Initial)*

_____ KATHRYN L

| 2. RANK/GRADE | 3. DATE OF BIRTH | 4. SOCIAL SECURITY NO. |
|---|---|---|
| CIV | | |

**5. ORGANIZATION OR ADDRESS**

3133 _____ NC

| 6. DRIVER LICENSE NUMBER | 7. ISSUING AUTHORITY *(State or Military)* |
|---|---|

| 8. MAKE OR TYPE OF VEHICLE | 9. STATE LICENSE OR REGIS NO. | 10. INSTL TAG NO. |
|---|---|---|

| 11. DATE *(Day-month-year)* | 12. TIME | 13. LOCATION |
|---|---|---|

| 14. | X | SPEED OVER LIMIT ( mph in a mph zone) | X | X | X |
|---|---|---|---|---|---|
| | | | 5 - 10 MPH | 11 - 15 MPH | OVER 15 MPH |
| V I O L A T I O N | IMPROPER LEFT TURN ➡ | NO SIGNAL | CUT CORNER | FROM WRONG LANE |
| | IMPROPER RIGHT TURN ➡ | NO SIGNAL | INTO WRONG LANE | FROM WRONG LANE |
| | DISOBEYED TFC SIGNAL *(When light turned red)* ➡ | PAST MIDDLE INTERSECTION | MIDDLE OF INTERSECTION | HAD NOT REACHED INTERSECTION |
| | DISOBEYED STOP SIGN ➡ | STOPPED WRONG PLACE | FAILED TO STOP | ROLLED/SPED THROUGH |
| | IMPROPER PASSING AND LANE USAGE ➡ | AT INTERSECTION | CUT IN | WRONG SIDE OF PAVEMENT |
| | | BETWEEN TFC | ON RIGHT | ON HILL |
| | | LANE STRADDLING | WRONG LANE | ON CURVE |
| | FOL. TOO CLOSELY | OTHER VIOLATIONS *(Describe)* | | |
| | FAILURE TO YIELD | | | |

| **PARKING** | OVERTIME | DOUBLE PARKING |
|---|---|---|
| | PROHIBITED AREA | OTHER *(Describe in Remarks)* |

| | | | AREA | TRAFFIC ACCIDENT | TICKET NUMBER |
|---|---|---|---|---|---|
| CONDITIONS | SLIPPERY PAVEMENT | RAIN | | TYPE OF ACCIDENT | |
| | | SNOW | BUSINESS | | |
| | | ICE | INDUSTRIAL | PD / PI | |
| THAT | DARKNESS | NIGHT | RURAL | FATAL | |
| | | FOG | SCHOOL | PEDESTRIAN | |
| INCREASED | | SNOW | RESIDENTIAL | VEHICLE | |
| | OTHER TRAFFIC PRESENT | CROSS | HIGHWAY TYPE | HIT FIXED OBJ | |
| SERIOUSNESS | | ONCOMING | | RIGHT ANGLE | |
| | | PEDESTRIAN | 2 - LANE | SIDESWIPE | |
| OF | | SAME DIRECTION | 3 - LANE | REAR END | |
| | CAUSED PERSON TO DODGE | PEDESTRIAN | 4 - LANE | INTERSECTION | |
| VIOLATION | | DRIVER | 4 - LANE DIVIDED | HEAD ON | |
| | | JUST MISSED ACDT | | RAN OFF ROAD | |

Ticket number: N1559310 2

**15. REMARKS**

012 - _____

027 - _____

**16. NAME OF PERSON ISSUING TRAFFIC TICKET**

CAMPBELL DARRELL Z

| 17. ORGANIZATION AND INSTALLATION | 18. RANK/GRADE |
|---|---|
| | |

**DD Form 1408, DEC 87**   *Previous edition is obsolete.*

Violator

**3**

| TRAFFIC COURT ACTION | TICKET NUMBER 15593101/02 | | COURT DATE 22 Aug 05 | 1ST RESCHEDULE | 2ND RESCHEDULE |
|---|---|---|---|---|---|
| NAME Collins, Kathryn | | RANK CIV | SSN 241 51 1370 | | PHONE |
| ORGANIZATION/ADDRESS 3133 Brunswick Ave  New Bern NC | | DRIVER LICENSE NUMBER 234 11814 | | | ISSUING STATE NC |

| OFFENSE DATE 21 Aug 05 | OFFENSE CODE(S) 011/029/018/004 | BAC .24 | CLOCKED SPEED | SPEED ZONE | TRAFFIC CRASH YES |
|---|---|---|---|---|---|

REMARKS

# PREVIOUS VIOLATIONS 0

TOTAL POINTS TO DATE 0

| PLEA | FINDING | ADJUDICATION | SUSPENSION | REVOCATION |
|---|---|---|---|---|
| 004 GUILTY 011 029 NOT GUILTY 018 | 011 GUILTY 029 NOT GUILTY 018 WARNING 004 | POINTS | DURATION 30 | DAYS MONTHS INDEFINITE |

RDC: YES  NO

BEGINNING 22 Aug 2005   ENDING Feb 2007

RECEIVED

BASE MAGISTRATE/TRAFFIC COURT OFFICER

MCBCL 5560/1 (REV. 08/04)

EXHIBIT 3



# UNITED STATES MARINE CORPS

MARINE CORPS BASE
PSC BOX 20004
CAMP LEJEUNE, NORTH CAROLINA 28542-0004

IN REPLY REFER TO:
5560
TrfCt
**22AUG05**

From:  Base Traffic Court Officer
To:    **MS. KATHRYN L. COLLINS 241 51 1370 (CIV)**

Subj:  ACKNOWLEDGEMENT OF REVOCATION OF BASE DRIVING
       PRIVILEGES DUE TO VIOLATIONS OF BASE TRAFFIC REGULATIONS
       CODE (S) **004/011/018/029** BAC **.24%**

Ref:   (a) MCO 5110.1C
       (b) BO P5560.2L

1. Effective immediately, your driving privileges aboard all federal
installations are revoked.  This includes all military installations, family
housing areas, approach roads to theses bases or areas and all points of
access.

2. You are not authorized to operate any motor vehicles, to include
Government-owned vehicles, during your revocation period. Your vehicle(s)
must be de-registered and removed from the installation. You are advised that
only a bona fide dependent (spouse or licensed child) may register and
operate your vehicle during this revocation period.

3. You are eligible to apply for reinstatement of your driving privileges
after, *22 Feb 2007.*  You must report to Base Traffic Court to effect
reinstatement of your privileges between 1300-1500.

4. You have the right to appeal your revocation within ten (10) days of the
date of this letter. An administrative action (AA) form is to be utilized by
military personnel.  Civilian personnel may appeal by letter.  All appeals
must be addressed to the Command Inspector, Marine Corps Base, Camp Lejeune,
NC 28542.

5. Failure to comply with the provisions of your revocation constitutes a
violation of Article 92, Uniform Code of Military Justice and will result in
the referral of charges to your Commanding Officer and an additional two (2)
year revocation of your driving privileges.  Civilian personnel who violate
this order will be referred to the U. S. Attorney for prosecution.

6. You are advised that all Driving While Impaired (DWI) convictions are
reported to the North Carolina Department of Motor Vehicles who will in turn
notify other state license authorities.

---

    I acknowledge the revocation of my base driving privileges and
understand the provisions listed above.  I further acknowledge my right to
appeal this action.

(TRAFFIC COURT OFFICER)
(MGYSGT)

(SIGNATURE)
(WITNESS)

# United States District Court
## Violation Notice

Loc. Code

Violation No.

N 219579

Print Officer Name

Officer No.

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense

Offense Charged

Place of Offense

Offense Description

Defendant's Last Name | First Name | M.I.

### VEHICLE DESCRIPTION

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW
AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

    I wish to terminate this matter by paying the collateral shown below, enclosed.

    I plead not guilty and promise to appear as required.

### YOUR COURT DATE

Court Address

WILMINGTON NC

Date

Time

Collateral (fine) | For payment by credit card, SEE INSTRUCTIONS.

**DD FORM 1805, SEP 1998**

Previous edition is obsolete.

Defendant Copy

(Accountable upon issuance to the offender
and until passed to the Appropriate Central
Violations Bureau (Magistrate Court).)

| Loc. Code | **United States District Court** |
| | **Violation Notice** |

| Violation No. | Print Officer Name |
| N 21   79 | |
| | Officer No. |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
| | |

Place of Offense

Offense Description

| Defendant's Last Name | First Name | M.I. |
| | | |

### VEHICLE DESCRIPTION

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
| | | | | |

**A** [X]   YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.

**B** [ ]   YOU MUST MARK ONE OF THE TWO CHOICES BELOW
AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

_____ I wish to terminate this matter by paying the collateral shown below, enclosed.

_____ I plead not guilty and promise to appear as required.

### YOUR COURT DATE

| Court Address | Date |
| | |
| | Time |

| Collateral (fine) | For payment by credit card, SEE INSTRUCTIONS. |

**DD FORM 1805, SEP 1998**    Defendant Copy    Previous edition is obsolete.

(Accountable upon issuance to the offender
and until passed to the Appropriate Central
Violations Bureau (Magistrate Court).)

# United States District Court
## Violation Notice

Loc. Code

Violation No.
N 219580

Print Officer Name

Officer No.

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|

Place of Offense

Offense Description

| Defendant's Last Name | First Name | M.I. |
|---|---|---|

### VEHICLE DESCRIPTION

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW
AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

_____ I wish to terminate this matter by paying the collateral shown below, enclosed.

_____ I plead not guilty and promise to appear as required.

### YOUR COURT DATE

| Court Address | Date |
|---|---|
| | Time |

Collateral (fine)

For payment by credit card, SEE INSTRUCTIONS.

**DD FORM 1805, SEP 1998**
(Accountable upon issuance to the offender
and until passed to the Appropriate Central
Violations Bureau (Magistrate Court).)

Defendant Copy

Previous edition is obsolete.

## United States District Court
## Violation Notice

Loc. Code

Violation No.

N 219591

Print Officer Name

Officer No.

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|
| | |

Place of Offense

Offense Description

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| | | |

### VEHICLE DESCRIPTION

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | | | | |

A ☒ **YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.**

B ☐ **YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.**

_____ I wish to terminate this matter by paying the collateral shown below, enclosed.

_____ I plead not guilty and promise to appear as required.

### YOUR COURT DATE

| Court Address | Date |
|---|---|
| | |
| | Time |
| | |

Collateral (fine) — For payment by credit card, SEE INSTRUCTIONS.

**DD FORM 1805, SEP 1998**
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court).)

Defendant Copy

Previous edition is obsolete.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. ___7:05·m·203___

FILED

OCT 21 2005

FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY:_____ DEP. CLK

UNITED STATES OF AMERICA   )
                                   )
      v.                  )  CRIMINAL INFORMATION
                                   )
KATHRYN L. COLLINS        )

The United States Attorney charges that:

### Count One

On or about August 21, 2005, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, KATHRYN L. COLLINS, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance, and with an alcohol concentration level of .08 or greater at a relevant time after driving, to wit: .24 alcohol concentration level, all in violation of North Carolina General Statute, Section 20-138.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

### Count Two

On or about August 21, 2005, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, KATHRYN L. COLLINS, did knowingly and unlawfully drive a motor vehicle on a street, highway, or public vehicular area without due caution and circumspection in a manner and at a

EXHIBIT 6

speed that did or could endanger other persons and property, to wit: by traveling south on Holcomb Boulevard, without any driving lights, during nighttime, at a high rate of speed, executing a u-turn and traveling north on Holcomb Boulevard, then exiting the roadway and driving into the center grass median on Holcomb Boulevard, traveling north in the grass median at approximately 50 MPH for approximately ½ mile, in violation of North Carolina General Statute, Section 20-140(b), as assimilated by the provisions of Title 18, United States Code, Section 13.

Count Three

On or about August 21, 2005, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, KATHRYN L. COLLILNS, did, while alcohol remained in her body, drive a motor vehicle upon a highway with an open container of alcoholic beverage in the passenger area of the motor vehicle, in violation of North Carolina General Statute, Section 20-138.7, as assimilated by the provisions of Title 18, United States Code, Section 13.


                         FRANK D. WHITNEY
                         United States Attorney


                         By: _____
                         FREDERICK A. CONGDON
                         Special Assistant U.S. Attorney
                         Criminal Division

## CERTIFICATE OF SERVICE

I, A. Griffin Anderson , hereby certify that a copy of the foregoing was served upon:

Captain Rick Congdon
Special Assistant United States Attorney
Criminal Division

By electronically filing the foregoing with the Clerk of Court on the 10th day of November , 2006 using the CM/ECF System which will send notification of such filing to the above.

This the 10th day of November , 2006.

A.Griffin Anderson
NC State Bar No. 22982
21 N. Front St., Suite 204
Wilmington, NC 28401
Phone 910.815.0555
Fax 910.763.6600

19